CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 11 2017

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHARMAIN THORNTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: ~~4:17at99999~~ 4:17CV00074 |
| WAL-MART STORES EAST, LP, d/b/a WAL-MART SUPERCENTER #1243 | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

COMES NOW the defendant, Wal-Mart Stores East, LP, d/b/a Wal-Mart Supercenter #1243 ("Wal-Mart"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, and files this Notice of Removal to remove this action to this Court from the Circuit Court for the County of Henry, Virginia. In support of this Notice, Wal-Mart states as follows:

1. Upon information and belief, plaintiff is, and was at all times relevant hereto, a resident, citizen, and domiciliary of the Commonwealth of Virginia.

2. At the time this action commenced, and at the time of removal, Wal-Mart Stores East, LP, was a Delaware limited partnership with its principal place of business in Bentonville, Arkansas. The partners of Wal-Mart Stores East, LP, are WSE Management, LLC, which is a Delaware limited liability company, with its principal place of business in Bentonville, Arkansas, and WSE Investment, LLC, which is a Delaware limited liability company, with its principal place of business in Bentonville, Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC, is Wal-Mart Stores East, Inc., which is an Arkansas corporation with its principal place of business in Bentonville, Arkansas.

3. The plaintiff has filed a Complaint against the defendant in the Circuit Court for the County of Henry, Virginia. A copy of the plaintiff's Complaint and Wal-Mart's Answer are attached hereto as **Exhibit A**, pursuant to 28 U.S.C. § 1446.

4. This Notice is filed within thirty (30) days after service upon the defendant and is filed not more than one (1) year after the commencement of this action, pursuant to 28 U.S.C. § 1446(b).

5. This civil action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the amount in controversy alleged in the Complaint exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs, and the action is between citizens of different states.

6. Wal-Mart has given notice of the filing of the Notice of Removal to counsel for the plaintiff and has filed a copy with the Clerk of the Circuit Court for the County of Henry, Virginia.

7. This Court embraces the place where the state court action is pending.

WHEREFORE, the defendant, by counsel, hereby give notice to this Court that this action is removed to this Court from the Circuit Court for the County of Henry, Virginia.

WAL-MART STORES EAST, LP,  
d/b/a Wal-Mart Supercenter #1243


/s/   Victor S. Skaff, III  
Of Counsel

C. Kailani Memmer (VSB No. 34673)
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON & CATHEY PLC
Fulton Motor Lofts
400 Salem Avenue, S.W., Suite 100
Roanoke, Virginia 24016
Telephone: (540) 767-2200
Facsimile: (540) 767-2220
kmemmer@glennrob.com
vskaff@glennrob.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2017, a copy of the foregoing Notice of Removal was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Philp G. Gardner, Esq.
GARDNER, BARROW & SHARPE, P.C.
Fourth Floor Fidelity Bank
231 East Church Street
Martinsville, Virginia 24112
Telephone: (276) 638-2455
Facsimile: (276) 638-2458
phil@ggbslawfirm.com

*Counsel for Plaintiff*

/s/ Victor S. Skaff, III
Of Counsel