IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHARMAIN THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 4:17-cv-00074 |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| d/b/a WAL-MART SUPERCENTER #1243 ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, Wal-Mart Stores East, LP, d/b/a Wal-Mart Supercenter #1243 ("Wal-Mart"), by counsel, moves this Court for the entry of summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the reasons set forth in its accompanying Memorandum. The undisputed facts in the record show that the plaintiff is unable to prove a *prima facie* case of negligence against Wal-Mart.

WHEREFORE, Wal-Mart, by counsel, respectfully requests that this Court enter summary judgment in its favor and dismiss this action with prejudice. Wal-Mart requests such further and additional relief as the Court deems just and proper.

WAL-MART STORES EAST, LP
d/b/a WAL-MART SUPERCENTER #1243


/s/   Victor S. Skaff, III
         Of Counsel

C. Kailani Memmer (VSB No. 34673)
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY MEMMER & SKAFF PLC
Fulton Motor Lofts
400 Salem Avenue, SW, Suite 100
Roanoke, VA 24016
Telephone: (540) 767-2200
Facsimile: (540) 767-2220
kmemmer@glennrob.com
vskaff@glennrob.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of July, 2018, a copy of Defendant's Motion for Summary Judgment was filed with the Clerk of Court using the CM/ECF system and a copy sent via U.S. Mail to the following:

Sharmain Thornton
521 Armstead Avenue
Martinsville, Virginia 24112

*Plaintiff, pro se*

                                                /s/   Victor S. Skaff, III
                                                    Victor S. Skaff, III