CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 23 2018
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SHARMAIN THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00074 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WAL-MART STORES EAST LP, d/b/a | ) | By: Hon. Jackson L. Kiser |
| Wal-Mart Supercenter #1243, | ) |     Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

    This matter is before the Court on Defendant Wal-Mart Stores East LP's Motion for Summary Judgment [ECF No. 21].  Plaintiff Sharmain Thornton, who is now proceeding *pro se*, filed a letter memorandum in opposition to the Motion.  [ECF No. 24.]  I heard oral arguments on August 21, 2018, making the matter ripe for disposition.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.  The clerk is directed to close this case.

    The clerk is further directed to forward a copy of this Order and accompanying Memorandum Opinion to Plaintiff and all counsel of record.

    **ENTERED** this 23rd day of August, 2018.


    s/Jackson L. Kiser
    SENIOR UNITED STATES DISTRICT JUDGE